[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 2, 2010
JOHN LEY
ACTING CLERK

_____

No. 09-11866

_____

D. C. Docket No. 06-00027-CV-T-33MAP

UNITED STATES OF AMERICA, ex rel.

                                                    Plaintiff,

PATRICIA HOWARD,

                                                    Plaintiff-Appellant,

versus

USA ENVIRONMENTAL, INC.,

                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 2, 2010)

Before BARKETT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

We affirm the district court's dismissal of this case for the reasons expressed in its Orders of January 19, 2009 and March 12, 2009.

AFFIRMED.